Michael D. Anderson, Esq. [SBN 194493]
mda@a-a-law.com
**ANDERSON & ASSOCIATES**
140 S. Lake Avenue, Suite 372
Pasadena, California 91101
Tel: (626) 449-8131
Fax: (626) 449-8041

Attorney for Plaintiff
ALEXANDRE SINIOUGUINE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRE SINIOUGUINE, individually, | Docket No. CV11-06113 JFW(AGRx) |
| Plaintiff, | **PLAINTIFF'S COMPLAINT FOR:** |
| v. | 1. **COPYRIGHT INFRINGEMENT** |
| MEDIACHASE, LTD., a Delaware corporation; CHRIS LUTZ, individually; JULIE MAGBOJOS, individually; and DOES 1 through 10, inclusive, | 2. **ACCOUNTING** |
| | 3. **DECLARATORY RELIEF** |
| | 4. **DEMAND FOR JURY TRIAL** |
| Defendants. | |

1

1    Plaintiff, ALEXANDRE SINIOUGUINE ("Plaintiff" or "SINIOUGUINE"),

2    by and through his undersigned counsel of record, alleges as follows:

3

4    **JURISDICTION AND VENUE**

5

6    1.  This is an action for copyright infringement of a computer software

7    program authored and owned by Plaintiff and is brought under the federal Copyright

8    Act of 1976, as amended, 17 U.S.C.A. §§ 101 et seq.  This court has jurisdiction

9    pursuant to 28 U.S.C.A. §1338(a).

10

11   2.  Venue lies in the Central District of California and is conferred by 28

12   U.S.C.A. §§ 1391(c) and 1400(a), as Defendants and their agents do business, reside

13   and may be found in this district.

14   **PARTIES**

15

16   3.  Plaintiff SINIOUGUINE is now, and at all times mentioned in this

17   complaint was, a resident of the County of Los Angeles, in the State of California.

18

19   4.  Plaintiff is informed and believes and thereon alleges that Defendant

20   MEDIACHASE, LTD. (hereinafter  "MEDIACHASE") is now, and at all times

21   mentioned in this complaint was, a corporation organized and existing under the laws

22   of the State of Delaware with its principal place of business at 8447 Wilshire

23   Boulevard, Suite 201, Beverly Hills, CA 90211.  Plaintiff is further informed and

24   believes and thereon alleges that Defendant MEDIACHASE is engaged in the

25   business of reproducing, selling and distributing, among other things, computer

26   software, primarily through its website, "www.mediachase.com."

27

28   5.  Plaintiff is informed and believes and thereon alleges that Defendant

2

1  CHRIS LUTZ (hereinafter "LUTZ") is now, and at all times mentioned in this
2  complaint was, a resident of the State of California, County of Los Angeles.  Plaintiff
3  further alleges that LUTZ is, and at all times mentioned in this complaint was, a
4  principal and/or agent of MEDIACHASE.

5

6       6.  Plaintiff is informed and believes and thereon alleges that Defendant JULIE
7  MAGBOJOS (hereinafter "MAGBOJOS") is now, and at all times mentioned in this
8  complaint was, a resident of the State of California, County of Los Angeles.  Plaintiff
9  further alleges that MAGBOJOS is, and at all times mentioned in this complaint was,
10 a principal and/or agent of MEDIACHASE.

11

12      7.  The true names and capacities, whether individual, corporate, associate or
13 otherwise, of defendants sued herein as DOES 1 through 10, inclusive, are unknown
14 to Plaintiff who therefore sues those defendants by such fictitious names.  Plaintiff
15 will amend
16 this complaint to insert the true names and capacities of such DOE defendants when
17 the same have been ascertained.

18

19      8.  Plaintiff is informed and believes, and thereon alleges that each defendant
20 designated herein as a DOE is responsible in some manner for the occurrences and
21 events herein alleged and that Plaintiff's damages were proximately caused by their
22 conduct.

23

24      9.  Plaintiff is informed and believes, and thereon alleges that unless otherwise
25  specifically mentioned, each defendant was an agent and/or employee of each of the
26 remaining defendants, and that in doing the things complained of herein was acting
27 within the course and scope of such agency and/or employment.

28

1    10.  Defendants MEDIACHASE, LUTZ, MAGBOJOS and DOES 1 through
2    20, inclusive, are hereinafter collectively referred to as "Defendants."

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

6    11.  This action concerns the unlawful reproduction, marketing, distribution
7    and sale of, among others, the computer software most commonly referred to as
8    eCommerce Framework and all of its versions and derivatives (hereinafter "ECF").
9    ECF was the original effort of Plaintiff and represented the use of his skill, judgment
10   and labor, and as such is an original work of authorship, suitable for copyright
11   protection as a literary work under United States copyright laws.

13   12.  Plaintiff SINIOUGUINE is a creator and designer of computer software.
14   Sometime in 2004, Plaintiff  authored and created an original computer program
15   most commonly referred to as ECF.  The rights of reproduction, preparation of
16   derivative works, and sale and distribution of copies of ECF all belong exclusively to
17   Plaintiff SINIOUGUINE as author and creator of the software.

19   13.  On August 11, 2004, Plaintiff fixed ECF in a tangible form as a ZIP file,
20   stored on the hard drive of Plaintiff's personal computer.  Since then, from 2004
21   through and including March 2011, Plaintiff has tirelessly continued to develop,
22   modify and program ECF, ultimately authoring, creating, designing, developing and
23   programming all other versions, the most recent being version 5.2 (hereinafter "ECF
24   5.2"), completed in March of 2011.

26   14.  On June 29, 2011, Plaintiff SINIOUGUINE applied online for copyright
27   registration with the United States Copyright Office for the software ECF, a true and
28   correct copy of which is attached as Exhibit A and incorporated by reference.  The

4

Copyright Office received this application, and sent Plaintiff via email an Acknowledgment of Receipt, a true and correct copy of which is attached as Exhibit B and incorporated by reference.

15.   Plaintiff SINIOUGUINE alleges on information and belief that on or about 2004, Defendants, and each of them, began marketing, reproducing, selling and distributing a ZIP file containing software identical to ECF as originally authored and created by Plaintiff.  Plaintiff is informed and believes on thereon alleges that by March 2011, Defendants, and each of them, were earning approximately $200,000.00 - $250,000.00 per month from the marking, reproduction, sale and distribution of ECF.  Defendants, and each of them, have kept and continue to keep all profits and proceeds resulting from their unauthorized use and sale of ECF.

16.   On or about March 18, 2011, Plaintiff SINIOUGINE issued a cease and desist letter to Defendant LUTZ, notifying Defendant LUTZ that Defendants, and each of them, have infringed, and are infringing, the copyright of Plaintiff.

17.   Thereafter, Defendants, and each of them, knowingly and willfully infringed, and continue to infringe, Plaintiff SINIOUGUINE's copyrights by continuing to reproduce, sell, offer for sale, and distribute ECF within the United States and elsewhere without Plaintiff's lawful permission and in complete disregard of Plaintiff's rights.

18.   On March 31, 2011, Defendant MEDIACHASE registered ECF with the United States Copyright Office.  In that registration, Defendant MEDIACHASE falsely and illegally represented that Defendant MEDIACHASE is the owner and author of the copyright for ECF, despite knowing that Plaintiff SINIOUGUINE was

the copyright author and owner.

19.  In doing these wrongful acts, Defendants, and each of them, have been guilty of malice, oppression, fraud and willful disregard of Plaintiff SINIOUGUINE's rights.

## FIRST CLAIM FOR COPYRIGHT INFRINGEMENT
### (Against All Defendants)

20.  Plaintiff SINIOUGUINE realleges and fully incorporates herein by reference each and every allegation contained in Paragraphs 1 through 19, inclusive.

21.  ECF was created independently in 2004.  ECF is a wholly original end-to-end .NET development framework, tailored for ecommerce purposes.  The software provides a framework that programmers can build upon based on a business's specific needs.  As an original work of authorship, the software ECF is within the subject matter of copyright.

22.  Plaintiff SINIOUGUINE authored and created ECF in 2004.  On or about August 11, 2204, Plaintiff fixed ECF in a tangible form as a ZIP file on the hard drive of Plaintiff's personal computer.  Plaintiff applied for registration for ECF, and deposited a copy of ECF, with the United States Copyright Office on June 29, 2011.  In doing so, Plaintiff has complied with the Copyright Act's requirements of fixation, registration, and deposit with respect to ECF.

23.  As author and creator of ECF, Plaintiff SINIOUGUINE is the legal and equitable owner of all of the copyright in ECF.

24.  By the actions alleged above, Defendants, and each of them, have willfully infringed and will continue to infringe upon Plaintiff SINIOUGUINE's rights in and related to the software ECF and its derivatives by marketing, reproducing, selling and distributing copies of ECF without Plaintiff SINIOUGUINE's lawful authorization or consent and by unlawfully registering ECF with the United States Copyright Office, falsely claiming Defendant MEDIACHASE as the author and owner of ECF.

25.  The willful and wrongful conduct of Defendants, and each of them, diminish the revenues which Plaintiff would otherwise receive from his authorized exploitation of such programs; it causes harm, damage and injury to Plaintiff's reputation in Defendants' failure to properly credit Plaintiff SINIOUGUINE as author and owner of ECF; and it has and will continue to injure Plaintiff's relations with present and prospective customers.  Much of this damage is irreparable.

26.  Plaintiff SINIOUGUINE has no adequate remedy at law to redress all of the injuries that Defendants have caused, intend to cause, and continue to cause by their willful and wrongful conduct.  Plaintiff will continue to suffer irreparable damages and sustain lost profits until Defendants' actions as alleged herein are enjoined by this Court.  This Court is authorized to enjoin Defendants under 17 U.S.C.A. § 502.

## SECOND CLAIM FOR ACCOUNTING
### (Against All Defendants)

27.  Plaintiff SINIOUGUINE realleges and fully incorporates herein by reference each and every allegation contained in Paragraphs 1 through 19, inclusive, and Paragraphs 21 through 26, inclusive, of the First Cause of Action.

28.  Plaintiff SINIOUGUINE alleges on information and belief that on or about 2004, Defendants, and each of them, began marketing, reproducing, selling and distributing ECF as a ZIP file via Defendant MEDIACHASE's website, "www.mediachase.com;" beginning in 2008, via the Amazon Simple Storage Service website (hereinafter "Amazon S3"); and possibly through other venues and means that Plaintiff is not aware of at this time.  These ZIP files contained ECF, the creation and work of Plaintiff SINIOUGUINE.

29.  Defendants, and each of them, have at all times kept, and continue to keep, all profits and proceeds from the unauthorized marketing, reproduction, sale and distribution of ECF for themselves.  Defendants have refused and continue to refuse to account for, or pay to, Plaintiff amounts due to him as owner, author and creator of ECF.

30.  The exact amount of monies received and profits gained by Defendants, and each of them, since 2004 is unknown to Plaintiff and can only be determined by an accounting.

## THIRD CLAIM FOR DECLARATORY RELIEF
### (Against All Defendants)

31.  Plaintiff SINIOUGUINE realleges and fully incorporates herein by reference each and every allegation contained in Paragraphs 1 through 19, inclusive, and Paragraphs 21 through 26, inclusive, of the First Cause of Action, and Paragraph 28 through 30, inclusive, of the Second Cause of Action.

32.  Despite having knowledge that Plaintiff SINIOUGUINE authored and

1  created the ECF software in 2004 as well as subsequent versions, and fixed the ECF

2  software as a ZIP file as early as August 11, 2004 Defendants, and each of them,

3  after receipt of Plaintiff's cease and desist letter, registered ECF with the United

4  States Copyright Office on March 31, 2011, falsely and illegally representing

5  Defendant MEDIACHASE as the author and creator of ECF.

6

7      33.  Pursuant to 28 U.S.C.A. § 2201, Plaintiff SINIOUGUINE is entitled to

8  declaratory relief, declaring Plaintiff as the true and rightful owner of the copyright

9  of ECF and holder of all rights and interests related to ECF.

10

11                          **PRAYER FOR RELIEF**

12

13      **WHEREFORE**, Plaintiff SINIOUGUINE requests judgment against

14  Defendants, and each of them, as follows:

15

16  **AS TO THE FIRST CLAIM FOR RELIEF FOR COPYRIGHT**

17  **INFRINGEMENT:**

18

19      1.    Actual damages suffered by Plaintiff as a result of the infringement of

20  Defendants, in an amount to be determined according to proof at trial, and/or

21  statutory damages pursuant to 17 U.S.C.A. §504(c) based upon Defendants' willful

22  acts of infringement;

23

24      2.    Damages suffered by Plaintiff SINIOUGUINE of, all profits

25  derived by Defendants as a result of their infringement of Plaintiff's copyrights;

26

27      3.    Declaratory relief, pursuant to 28 U.S.C.A. § 2201(a), declaring Plaintiff

28  as the true and rightful owner of the copyright of the software ECF and holder of all

rights and interests related to ECF;

4.    A permanent injunction, pursuant to 17 U.S.C.A. § 502, enjoining the Defendants and their agents, servants and employees from infringing in any manner the copyrights of Plaintiff SINIOUGUINE in the software ECF and from publishing, producing, selling, marketing, preparing derivative works of, and distributing any copies of any version of the software ECF following a final decision in this action;

5.  Pursuant to 17 U.S.C.A. § 503(b), the delivery by Defendants, their agents, employees and all holding with, through, or under them, or anyone acting on their behalf, for destruction following a final decision in this action, of all infringing copies or devices, as well as all and any means for making infringing copies.

## AS TO THE SECOND CLAIM FOR RELIEF FOR AN ACCOUNTING:

1.    An accounting for, and payment to Plaintiff SINIOUGUINE of, all payments, royalties and/or profits and advantages derived by Defendants as a result of their infringement of Plaintiff's copyrights.

## AS TO THE THIRD CLAIM FOR DECLARATORY RELIEF:

1.    Declaratory relief, pursuant to 28 U.S.C.A. § 2201(a), declaring Plaintiff as the true and rightful owner of the copyright of the software ECF and holder of all rights and interests related to ECF.

## ON ALL CAUSES OF ACTION:

1.  Reasonable attorneys fees;

2. The costs of this action; and

3. Such other and further relief as the court deems proper.

DATED: _July 22_, 2011

Respectfully submitted,

ANDERSON & ASSOCIATES

MICHAEL D. ANDERSON
Attorney for Plaintiff
ALEXANDRE SINIOUGUINE

11

1
2
## **DEMAND FOR JURY TRIAL**
3
4
Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby
5
demands a jury trial of all issues raised in this Complaint.
6
7
8
DATED: _July 22___, 2011        Respectfully submitted,
9
ANDERSON & ASSOCIATES
10
11
12
MICHAEL D. ANDERSON
Attorney for Plaintiff
13
ALEXANDRE SINIOUGUINE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

*-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | eCommerce Framework |
| **Previous or Alternative Title:** | ECF |
| | .NET eCommerce Framework |
| | ASP.NET eCommerce Framework |
| | eCommerce Framework 1.0 |
| | eCommerce Framework 2.0 |
| | eCommerce Framework 3.0 |
| | eCommerce Framework 3.1 |
| | eCommerce Framework 4.0 |
| | eCommerce Framework 4.1 |
| | eCommerce Framework 4.2 |
| | eCommerce Framework 5.0 |
| | eCommerce Framework 5.1 |
| | eCommerce Framework 5.2 |
| | eCommerce Framework G5 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2004 | | |
| **Date of 1st Publication:** | August 11, 2004 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Alexandre Siniouguine | | |
| **Author Created:** | text, computer program | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | Russia (Federation) | **Domiciled in:** | United States |
| **Year Born:** | 1979 | | |

## Copyright claimant

**Copyright Claimant:** Alexandre Siniouguine

801 N. Fairfax Ave PH2, Los Angeles, CA, 90046, United States

## Limitation of copyright claim ————————————————————

**Material excluded from this claim:** artwork

**Previous registration and year:** TX0007329315   2011

**New material included in claim:** text, computer program

## Rights and Permissions ——————————————————————

**Name:** Alexandre  Siniouguine

**Email:** sasha.la@gmail.com                              **Telephone:**   323-788-0902

**Address:** 801 N. Fairfax Ave PH2

Los Angeles, CA 90046  United States

## Certification ————————————————————————————

**Name:** Alexandre Siniouguine

**Date:** June 29, 2011

**Registration #:**

**Service Request #:** 1-624698228

**Priority:** Routine          **Application Date:** June 29, 2011 02:18:56 PM

**Note to C.O.:** This is the first application submitted by this author as copyright claimant. Previous registration number: Registration Number: TX0007329315. Year of registration: 2011-03-31

## Correspondent

**Name:** Alexandre Siniouguine

**Email:** sasha.la@gmail.com                    **Telephone:** 323-788-0902

**Address:** 801 N. Fairfax Ave PH2
Los Angeles, CA 90046 United States

## Mail Certificate

Alexandre Siniouguine
801 N. Fairfax Ave PH2
Los Angeles, CA 90046  United States

# Exhibit B




---------- Forwarded message ----------
From: Copyright Office <cop-rc@loc.gov>
Date: Wed, Jun 29, 2011 at 11:18 AM
Subject: Acknowledgement of Receipt
To: sasha.la@gmail.com


THIS IS AN AUTOMATED EMAIL - DO NOT REPLY.

Thank you for submitting your registration claim using the electronic Copyright Office
(eCO) System. This email confirms that your application and fee for the work eCommerce
Framework was received on 06/29/2011. The following applies to registration claims only
(not
preregistrations):

The effective date of registration is established when the application, fee AND the
material being registered have been received.
If you have not yet sent the material to be registered, logon to eCO and click the blue
case number associated with your claim in the Open Cases table, then do one of the
following:

For digital uploads: Click the Upload Deposit button at the top of the Case Summary
screen, then browse and select the file(s) you wish to upload. Note: only certain classes
of works may be registered with digital deposits (See FAQs:
http://www.copyright.gov/eco/faq.html#eCO_1.4).

For hardcopy submissions:  Click the Create Shipping Slip button at the top of the Case
Summary screen, then click the Shipping Slip link that appears in the Send By Mail table.
Print out and attach the shipping slip to the copy(ies) of your work. For multiple works,
be sure to attach shipping slips to the corresponding copies.

A printable copy of the application will be available within 24 hours of its receipt. To
access the application, click the My Applications link in the left top most navigation
menu of the Home screen.

You will be issued a paper certificate by mail after the registration has been completed.
You may check the status of this claim via eCO using this number [1-624698228].

[THREAD ID: 1-AEEC8R]

United States Copyright Office

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV11- 6113 JFW (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Michael D. Anderson, Esq. [SBN 194493]
mda@a-a-law.com
Anderson & Associates
140 S. Lake Avenue, Suite 372
Pasadena, CA 91101

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRE SINIOUGUINE, individually,<br><br>PLAINTIFF(S)<br>v.<br>MEDIACHASE, LTD., a Delaware corporation;<br>CHRIS LUTZ, individually; JULIE MAGBOJOS,<br>individually; and DOES 1 through 10, inclusive<br>DEFENDANT(S). | CASE NUMBER<br><br>CV11-06113 JFW(AGRx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): MEDIACHASE, LTD., a Delaware corporation; CHRIS LUTZ, individually; JULIE MAGBOJOS, individually; and DOES 1 through 10, inclusive

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Michael D. Anderson, Esq. _____, whose address is 140 S. Lake Avenue, Suite 372, Pasadena, CA 91101 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

JUL 2 5 2011

Clerk, U.S. District Court

Dated: _____

By: _____
          Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| ALEXANDRE SINIOUGUINE, individually | MEDIACHASE, LTD., a Delaware Corporation |
| | CHRIS LUTZ, individually; |
| | JULIE MAGBOJOS, individually; and DOES 1 through 20, inclusive. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Michael D. Anderson, Esq [SBN 194493] | |
| 140 S. Lake Avenue, Suite 372 | |
| Pasadena, CA 91101 | |
| email: mda@a-a-law.com | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  
☑ 3 Federal Question (U.S. Government Not a Party)  
☐ 2 U.S. Government Defendant  
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  
☐ 2 Removed from State Court  
☐ 3 Remanded from Appellate Court  
☐ 4 Reinstated or Reopened  
☐ 5 Transferred from another district (specify):  
☐ 6 Multi-District Litigation  
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No      ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C.A. §§ 101, et seq. This is a claim for copyright infringement.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 462 Naturalization Application | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11-06113

**FOR OFFICE USE ONLY:**     Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Alexandre Siniouguine - Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Medicachase, Ltd. - Los Angeles County<br>Chris Lutz - Los Angeles County<br>Julie Magbojos - Los Angeles County | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Copyright Infringement - Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date July 22, 2011

Notice to Counsel/Parties:  The CV-71 (JS-44)  Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |