MICHAEL D. ANDERSON (Bar No. CA 194493)
E-mail: mda@a-a-law.com
NICHOLAS A. HNATIUK (Bar No. CA 277698)
E-mail: nhnatiuk@a-a-law.com
**Anderson & Associates**
140 S. Lake Avenue, Suite 372
Pasadena, CA 91101
Telephone: (626) 449-8131
Facsimile: (626) 449-8041

Attorneys for *Plaintiff*,
*Counter-Claimant* and *Counter-Defendant*
ALEXANDRE SINIOUGUINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRE SINIOUGUINE, individually, <br><br> Plaintiff, <br><br> vs. <br><br> MEDIACHASE, LTD., a Delaware corporation; CHRIS LUTZ, individually; JULIE MAGBOJOS, individually; and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS | No. CV 11-6113 JFW (AGRx) <br><br> Honorable John F. Walter <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF ALEXANDRE SINIOUGUINE'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO FIRST AMENDED PROTECTIVE ORDER FILED ON APRIL 27, 2012 <br><br> Hearing: <br> Date: June 11, 2012 <br> Time: 1:30 p.m. <br> Place: Courtroom 16 <br><br> Complaint filed: 7/25/2011 <br> Last Hearing Date: 5/21/2012 <br> Pre-Trial Conference: 7/6/2012 <br> Trial Date: 7/24/2012 |

//
//
//
//
//

[PROPOSED] ORDER GRANTING
PLAINTIFF"S APPLICATION TO FILE
DOCUMENTS UNDER SEAL

On June 7, 2012, Plaintiff Alexandre Siniouguine filed an Application to File Documents Under Seal ("Application") in connection with a Sur-Reply in Opposition to Defendants' Motion to Summary Judgment and Partial Summary Judgment, filed on May 25, 2012. After full consideration of the Application, and with good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Alexandre Siniouguine's Application is GRANTED; and
2. The Court hereby accepts the Declaration of Michael D. Anderson and the exhibits attached thereto under seal.

**IF DENIED:**

1. ~~The underlying document and the sealing application shall be returned to Plaintiff Siniouguine's counsel of record, Anderson & Associates, without filing; or~~
2. ~~The underlying document and sealing application shall be filed, but not under seal.~~

Dated: June 11, 2012

John F. Walter
United States District Judge

Submitted by:
Anderson & Associates
Nicholas A. Hnatiuk

By: /s/ Nicholas A. Hnatiuk
Nicholas A. Hnatiuk
Michael D. Anderson
Anderson & Associates
Attorneys for Plaintiff Alexandre Siniouguine
140 S. Lake Avenue, Suite 372
Pasadena, CA 91101
Telephone: (626) 449-8131